## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| SHAILA BERNARD,<br><br>        Plaintiff,<br><br>v.<br><br>RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION<br><br>        Defendant. | Case No. 3:24-cv-02944-X |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the following attorney of the law firm of Seyfarth Shaw LLP, hereby enters his appearance as lead counsel on behalf of Defendant RTX Corporation, f/k/a Raytheon Technologies Corporation.

>   Esteban Shardonofsky
>   SEYFARTH SHAW LLP
>   700 Milam Street, Suite 1400
>   Houston, Texas 77002
>   (713) 225-2300 – Telephone
>   (713) 225-2340 – Facsimile

DATED: December 17, 2024               Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: */s/ Esteban Shardonofsky*
                                             Esteban Shardonofsky
                                             Texas Bar No. 24051323
                                             sshardonofsky@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             700 Milam Street, Suite 1400
                                             Houston, Texas 77002-2812
                                             Telephone:  (713) 225-2300
                                             Facsimile:  (713) 225-2340

                                             ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing document was served upon the person(s) listed below via the Court's CM/ECF electronic filing system on this 17th day of December, 2024:

    Donald E. Uloth
    Law Office of Donald E. Uloth
    182028 Preston Road, Suite D-9 #261
    Dallas, Texas 75252

    ATTORNEY FOR PLAINTIFF

              */s/ Esteban Shardonofsky*
              Esteban Shardonofsky

315194071v.1