# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

SHAILA BERNARD,

      Plaintiff,

v.

RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION

      Defendant.

Case No. 3:24-cv-02944-X

## ORDER

On this day the Court considered Defendant's Unopposed Motion for Leave to Proceed Without Local Counsel. The Court finds that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that Defendant's Unopposed Motion for Leave to Proceed Without Local Counsel is **GRANTED**.

Dated this ___ day of _____, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

4