UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

SHAILA BERNARD §
*Plaintiff* §
§
§
v. § Case No. 3:24-CV-02944-X
§
§
RTX CORPORATION §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Seyfarth Shaw LLP                                                                , with offices at

233 S. Wacker Dr., Ste 8000
(Street Address)

Chicago                                      Illinois              60606
(City)                                       (State)               (Zip Code)

312-460-5984                                 312-460-7984
(Telephone No.)                              (Fax No.)


**II.** Applicant will sign all filings with the name Jason M. Torres                        .


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

RTX Corporation




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Illinois_____, where Applicant regularly practices law.

Bar license number: _6278611_   Admission date: _11-7-2002_

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of Illinois | 11-7-2002 | Active |
| (see attached) | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

<u>Esteban Shardonofsky</u>, who has offices at

<u>700 Milam Street, Suite 1400</u>
(Street Address)

<u>Houston</u>                              <u>Texas</u>            <u>77002</u>
(City)                                    (State)           (Zip Code)

<u>713-225-2300</u>                           <u>713-225-2340</u>
(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 17th day of December, 2024.

Jason M. Torres
Printed Name of Applicant

*/s/ Jason M. Torres*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# Jason M. Torres
## Court Admissions

| | |
|---|---|
| Supreme Court, State of Illinois | admitted November 7, 2002 |
| United States Supreme Court | admitted January 7, 2008 |
| US Court of Appeals for the Seventh Circuit | admitted December 7, 2004 |
| US Court of Appeals for the Sixth Circuit | admitted November 1, 2006 |
| US District Court, Northern District of Illinois | admitted March 26, 2003 |
| US District Court, Central District of Illinois | admitted October 14, 2003 |
| US District Court, Southern District of Illinois | admitted September 28, 2009 |
| US District Court, Northern District of Indiana | admitted August 6, 2007 |
| U.S. District Court, Southern District of Indiana | admitted November 18, 2008 |
| U.S. District Court, Northern District of Florida | admitted September 8, 2008 |
| U.S. District Court, Eastern District of Michigan | admitted November 6, 2008 |
| U.S. District Court, District of Colorado | admitted June 8, 2022 |
| US Court of Appeals for the Tenth Circuit | admitted May 18, 2023 |
| US Court of Appeals for the Eighth Circuit | admitted February 9, 2024 |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jason Mathew Torres

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of November, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois