# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SHAILA BERNARD,<br><br>          Plaintiff,<br><br>     v.<br><br>RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION<br><br>          Defendant. | Case No. 3:24-cv-02944-X |

## ORDER

On this day the Court considered Defendant's Unopposed Motion for Extension of Time.

The Court finds that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that Defendant's Unopposed Motion for Extension of Time is **GRANTED**.

Dated this ___ day of _____, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

4

315269137v.1