**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-2944-X |
| | § | |
| RTX CORPORATION, f/k/a RAYTHEON | § | |
| TECHNOLOGIES CORPORATION | § | |
| | § | |
|     Defendant. | § | |

**AGREED JOINT MOTION TO EXTEND TIME TO FILE**
**A JOINT REPORT ON CHOICE OF MEDIATOR**

Plaintiff and Defendant request an extension of a deadline set by this Court in its Scheduling Order (Doc. 16), and in support of this request, the parties state as follows.

Paragraph 8 of the Scheduling Order states: "Counsel shall confer and file a joint report informing the Court of their choice of a mediator or their inability to agree upon a mediator by April 10, 2025."

Counsel for the parties are discussing options, and expect they will be able to agree, but the parties have not yet agreed on who to choose as the mediator for this case.  Counsel believe that if the Court grants a two-week extension of the deadline, they will be able to agree and file a joint report informing the Court of their agreed choice of mediator within that time.

WHEREFORE, Plaintiff and Defendant request an extension giving the parties until April 24, 2025 to file a joint report informing the Court of their choice of a mediator or inability to agree.

1

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
**Counsel for Plaintiff**

-- and --

SEYFARTH SHAW LLP

/s/ Jason M. Torres
Jason M. Torres

Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres (pro hac vice
admission)
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:   (713) 225-2340
**Counsel for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

On March 10, 2025, I filed the foregoing document with the Clerk of the U.S. District Court for the Eastern District of Texas using the court's electronic filing system, which constitutes service on all parties under Rule 5(b) of the Federal Rules of Civil Procedure.

/s/ Donald E. Uloth
Donald E. Uloth