UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAILA BERNARD, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Case No. 3:24-cv-2944-X |
| RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION | | |
| Defendant. | | |

## JOINT REPORT ON CHOICE OF MEDIATOR

Plaintiff and Defendant have agreed to use Courtenay Bass as the mediator for this case.

Her contact information is:

> Courtenay L. Bass
> Gilbert Mediation Group
> 12801 N. Central Expressway, Suite 1400
> Dallas, Texas 75243
> Phone: (214) 303-4500

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
**Counsel for Plaintiff**

1

-- and --

SEYFARTH SHAW LLP

/s/ Jason M. Torres
Jason M. Torres

Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres (pro hac vice admission)
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:   (713) 225-2340
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth