UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2944-X |
| | § | |
| RTX CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF EXTENSION

Pursuant to this Court's February 25, 2025 Scheduling Order [Dkt.14], Plaintiff Shaila Bernard and Defendant Raytheon Company[1] hereby notify the Court of their agreement to extend the fact discovery deadline in this case from August 22, 2025, to October 17, 2025. This extension is due to the parties' ongoing discussions regarding potential resolution, and the parties need to schedule fact witness depositions in the event the case is not resolved. This extension does not affect any subsequent deadlines or otherwise alter the Scheduling Order entered on July 28, 2025.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396

---

[1] Defendant Raytheon Company, a wholly-owned subsidiary of RTX Corporation that is Plaintiff's former employer and the proper Defendant, is incorrectly identified in the caption as RTX Corporation.

1

        Fax: (972) 777-6951
        Email: don.uloth@uloth.pro
        Counsel for Plaintiff

        Respectfully submitted,

        SEYFARTH SHAW LLP

        <u>/s/ Jason M. Torres</u>

        Esteban Shardonofsky
        Texas Bar No. 24051323
        sshardonofsky@seyfarth.com
        Jason M. Torres (pro hac vice admission)
        jtorres@seyfarth.com
        SEYFARTH SHAW LLP
        700 Milam Street, Suite 1400
        Houston, Texas 77002-2812
        Telephone:  (713) 225-2300
        Facsimile:   (713) 225-2340

        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certified that on July 28, 2025, I filed the foregoing JOINT NOTICE OF EXTENSION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              */s/ Jason M. Torres*
                              Jason M. Torres
                              Counsel for Defendant