**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-2944-X |
| | § | |
| RTX CORPORATION, f/k/a RAYTHEON | § | |
| TECHNOLOGIES CORPORATION | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**SETTLEMENT CONFERENCE AND RELATED RELIEF**

Plaintiff requests an order setting a settlement conference with a U.S. Magistrate Judge in lieu of mediation, and in support of this motion shows the following.

1.      This is a case involving Defendant's alleged wrongful termination of Plaintiff in violation of the Americans with Disabilities Act.

2.      The parties have worked diligently and cooperatively through fact discovery. The parties exchanged written discovery requests and responses, produced documents, subpoenaed and reviewed records from five third parties, identified all necessary depositions, and they are currently engaged in settlement negotiations and the scheduling of witness depositions in the event settlement discussions are unsuccessful.

3.      The parties planned to mediate the case with Courtenay Bass, and scheduled the mediation, but Plaintiff was not able to pay her share of the mediator's fee because she has not worked and has received no income since her employment was terminated by Defendant.

4.      Plaintiff's inability to pay is unlikely to change in time to pay a mediator and comply with the current Scheduling Order mediation deadline of December 30, 2025.  Plaintiff is

1

therefore asking the Court to order a settlement conference with a U.S. Magistrate Judge, and to relieve the parties from having to mediate.

5.    This motion is not being made for the purposes of delay or any other improper purpose, but rather for the purpose of facilitating settlement discussions that could resolve this case faster and more cost effectively than proceeding to trial.

**Argument and Authorities**

Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that a schedule may be modified "for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). The trial court's "judgment range is exceedingly wide" in considering a motion for continuance, to be reviewed under an abuse of discretion standard. *Fontenot v. Upjohn Co.,* 780 F.2d 1190, 1193 (5th Cir. 1986). Additionally, Rule 16(a)(5) authorizes the Court to order one or more conferences for the purpose of facilitating settlement.

Because this motion is unopposed, and ordering a settlement conference would resolve the obstacle that is currently keeping the parties from engaging in a structured settlement discussion facilitated by a neutral third party, there is good cause to grant the relief being requested.

WHEREFORE, Plaintiff respectfully requests the entry of a Court order relieving the parties of the obligation to mediate this case, and ordering a settlement conference with a U.S. Magistrate Judge.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

## CERTIFICATE OF CONFERENCE

On November 19, 2025 I conferred with Jason Torres regarding the relief being requested in this motion.  Defendant is unopposed to the entry of an order granting the relief requested.

/s/ Donald E. Uloth
Donald E. Uloth

## CERTIFICATE OF SERVICE

I certify that on November 21, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth

3