UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-2944-X |
| | § | |
| RTX CORPORATION, f/k/a RAYTHEON | § | |
| TECHNOLOGIES CORPORATION | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF EXTENSION

Pursuant to this Court's October 15, 2025 Scheduling Order [Dkt. 23], Plaintiff and Defendant hereby notify the Court of their agreement to extend the fact discovery deadline in this case from December 16, 2025 to January 29, 2026. This extension is due to the parties' ongoing discussions regarding potential resolution, and the parties need to schedule fact witness depositions in the event the case is not resolved.

This extension does not affect any subsequent deadlines, or otherwise alter the Scheduling Order entered on October 15, 2025.

    Respectfully submitted,

    /s/ Donald E. Uloth
    Donald E. Uloth
    Texas Bar No. 20374200
    Law Office of Donald E. Uloth
    18208 Preston Rd. Suite D-9 # 261
    Dallas, Texas 75252
    Phone: (214) 989-4396
    Email: don.uloth@uloth.pro
    **Counsel for Plaintiff**

1

-- and --

SEYFARTH SHAW LLP

/s/ Jason M. Torres
Jason M. Torres

Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres (pro hac vice admission)
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:   (713) 225-2340
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I certify that on November 21, 2025 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth