UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAILA BERNARD, § § *Plaintiff*, § § v. § § RTX CORPORATION, § § *Defendant*. § | Civil Action No. 3:24-cv-2944-x |

# ORDER

The Court has considered the Plaintiff's Unopposed Motion for a Settlement Conference and Related Relief (Doc. 24) and **DENIES** the motion. The magistrate judges of the Northern District of Texas have an incredibly busy docket, and the Court is loath to direct them to provide free mediation in this situation. But because the parties are anxious to mediate this case before a magistrate judge, the Court **ORDERS** the parties to mediate this case before retired Magistrate Judge Paul D. Stickney. The Defendant shall cover all fees related to this mediation.

**IT IS SO ORDERED** this 4th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1