# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-2944-X |
| | § | |
| RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION | § § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT ON SETTLEMENT NEGOTIATIONS AND MOTION TO EXTEND THE MEDIATION DEADLINE

Pursuant to the Court's Scheduling Order, Plaintiff and Defendant submit the following report on the status of settlement negotiations and jointly request an extension of the mediation deadline.

On December 4, 2025, the Court ordered the parties to mediate this case before retired Magistrate Judge Paul D. Stickney. Judge Stickney and the parties were not available to mediate the case before the deadline of December 30, 2025, but he and the parties have now scheduled mediation in this case for January 28, 2026.

WHEREFORE, the parties request an order extending the mediation deadline to January 30, 2026.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
**Counsel for Plaintiff**

-- and --

SEYFARTH SHAW LLP

/s/ Jason M. Torres
Jason M. Torres

Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres (pro hac vice admission)
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:    (713) 225-2340
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I certify that on January 5, 2026 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

/s/ Donald E. Uloth
Donald E. Uloth