# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SHAILA BERNARD,<br><br>        Plaintiff,<br><br>    v.<br><br>RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION<br><br>        Defendant. | Case No. 3:24-cv-02944-X |

## JOINT AGREED MOTION FOR EXTENSION OF TIME

Plaintiff Shaila Bernard and Defendant Raytheon Company[1] jointly move for a modification of the scheduling order by extending the fact discovery deadline by twenty-nine days, and modifying other deadlines to accommodate the extension. In support of their joint agreed motion, the parties state:

    1.    This is a case involving Defendant's alleged wrongful termination of Plaintiff in violation of the Americans with Disabilities Act, 42 U.S.C. § 2000e-5(f)(3), as amended.

    2.    The parties have worked diligently and cooperatively through fact discovery. The parties have exchanged written discovery requests and responses, voluminous document productions, subpoenaed and reviewed records from five third parties, identified all necessary depositions, and are currently engaged in settlement negotiations.

    3.    The parties are scheduled for a mediation with former Magistrate Judge Paul Stickney on January 27, 2026. The parties attempted to schedule a mediation to be completed in December 2025, but the earliest mutual availability for the mediator and all parties was January

---

[1] Defendant Raytheon Company, a wholly-owned subsidiary of RTX Corporation that is Plaintiff's former employer and the proper Defendant, is incorrectly identified in the caption as RTX Corporation.

27, 2026. Mediation scheduling and the completion of the remaining fact discovery was further complicated by unexpected medical emergencies requiring hospitalization in the families of both Plaintiff and Defense counsel in October and December 2025, respectively.

4. Currently, fact discovery closes on January 29, 2026 per the Joint Notice of Extension of Discovery [Dkt. 25], and the parties' mediation deadline is January 30, 2026 per the January 6, 2026 Order [Dkt. 28].

5. The parties respectfully seek an extension of the fact-discovery deadline, up to and including February 27, 2026, for the purpose of exhausting the ongoing settlement discussions through formal mediation on January 27, 2026, and if necessary, completing all remaining depositions and discovery.

6. The parties acknowledge that the proposed extension of the discovery deadline may impact other deadlines in this matter, including the current trial setting of May 18, 2026. Accordingly, the parties respectfully request and propose that all other deadlines and settings in the October 15, 2025, Scheduling Order [Dkt. 23] be similarly modified, including: the summary judgment deadline, joint pretrial order deadline, pretrial conference, and trial date. The parties respectfully request these remaining case management dates be modified and extended subject to the availability of the Court.

7. There are no other pending motions at this time.

8. This motion is not being made for the purposes of delay or any other improper purpose, but rather for the purpose of affording the parties sufficient time to exhaust settlement efforts, and to complete the remaining necessary fact discovery if a resolution is not first achieved.

2322882123v.1

WHEREFORE, the parties respectfully request that the Court grant their Joint Agreed Motion for Extension of Time by extending the fact discovery deadline by twenty-nine days, and modifying the subsequent deadlines and settings as set forth herein.

DATED: January 12, 2025

Respectfully submitted,

By: /s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Attorney for Plaintiff

By: */s/ Jason M. Torres*
Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

On multiple occasions in January 2026, including most recently on January 7, 9, and 12, Defendant's counsel (Jason Torres) conferred with Plaintiff's counsel (Don Uloth) by email and telephone regarding this motion, and both counsel indicated that they had no objection to a twenty-nine day extension of time to complete fact discovery and all other deadlines as discussed herein.

    /s/ *Jason M. Torres*
Jason Torres

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served upon the person(s) listed below via the Court's CM/ECF electronic filing system on this 12th day of January, 2026:

> Donald E. Uloth
> Law Office of Donald E. Uloth
> 182028 Preston Road, Suite D-9 #261
> Dallas, Texas 75252
>
> ATTORNEY FOR PLAINTIFF

*/s/ Jason M. Torres*
Jason M. Torres

322882123v.1