# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SHAILA BERNARD, <br><br> Plaintiff, <br><br> v. <br><br> RTX CORPORATION, f/k/a RAYTHEON TECHNOLOGIES CORPORATION <br><br> Defendant. | Case No. 3:24-cv-02944-X |

## JOINT AGREED MOTION FOR EXTENSION OF THE 45-DAY DISMISSAL ORDER

Plaintiff Shaila Bernard and Defendant Raytheon Company[1] jointly move to extend the 45-Day Dismissal Order entered on January 28, 2026 [Dkt. 32]. In support of their joint agreed motion, the parties state:

1. This case has been settled and the parties are in the process of executing the settlement agreement. The settlement agreement has been finalized, but the parties need additional time to fulfill their obligations under the agreement and file a stipulation of dismissal with prejudice.

2. As such, the parties respectfully request that the Court extend the 45-Day Dismissal Order by an additional forty-five (45) days.

WHEREFORE, the parties respectfully request that the Court grant their Joint Agreed Motion for Extension of the 45-Day Dismissal Order.

---

[1] Defendant Raytheon Company, a wholly-owned subsidiary of RTX Corporation that is Plaintiff's former employer and the proper Defendant, is incorrectly identified in the caption as RTX Corporation.

DATED:  March 13, 2026                     Respectfully submitted,


                                        By: /s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Attorney for Plaintiff


By: */s/ Jason M. Torres*
Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:   (713) 225-2340
ATTORNEYS FOR DEFENDANT

232457840v.1

## CERTIFICATE OF CONFERENCE

On multiple occasions, including most recently on March 12 and 13, Defendant's counsel (Jason Torres) conferred with Plaintiff's counsel (Don Uloth) by email and regarding this motion, and both counsel indicated that they had no objection to the extension requested herein.

/s/ *Jason M. Torres*
Jason Torres

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the person(s) listed below via the Court's CM/ECF electronic filing system on this 13th day of March, 2026:

> Donald E. Uloth
> Law Office of Donald E. Uloth
> 182028 Preston Road, Suite D-9 #261
> Dallas, Texas 75252
>
> ATTORNEY FOR PLAINTIFF

*/s/ Jason M. Torres*
Jason M. Torres

324557840v.1