**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHAILA BERNARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-2944-X |
| | § | |
| RTX CORPORATION, f/k/a RAYTHEON | § | |
| TECHNOLOGIES CORPORATION | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties have settled this case, and the parties stipulate that all claims asserted by

Plaintiff or Defendant in this matter are hereby dismissed with prejudice pursuant to Fed. R. Civ.

P. 41(a)(1)(A), with each party to bear their own costs and fees.

Dated April 27, 2026

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

-- and --

1

SEYFARTH SHAW LLP

/s/ Jason M. Torres
Jason M. Torres

Esteban Shardonofsky
Texas Bar No. 24051323
sshardonofsky@seyfarth.com
Jason M. Torres (pro hac vice admission)
jtorres@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:    (713) 225-2340
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I certify that on April 27, 2026 I am filing this motion electronically using the Court's ECF filing system, which will email a file-marked copy of this motion to all counsel of record.

Donald E. Uloth